

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | |
|---|---|---|
| | | No. 08-17-00135-CV |
| | § | |
| | | Appeal from |
| IN THE INTEREST OF P.H., | § | |
| | | 65th District Court |
| A CHILD. | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC # 2016DCM0578) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF NOVEMBER, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.